IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | No. 4:23-CR-159 |
| v. | |
| DENISE LODGE, | (MEHALCHICK, C.M.J.) |
| Defendant. | |

## ORDER FOR WARRANT

NOW, this 13th day of June 2023, upon request of the United States Attorney for the Middle District of Pennsylvania, it is hereby

ORDERED that a warrant be issued for the arrest of the above-named defendant, **DENISE LODGE**.

IT IS FURTHER ORDERED that at the time service of the warrant is made, the United States Marshal also serves upon the defendant a certified copy of the Indictment in the above-named case.

FILED
SCRANTON

JUN 13 2023

PER ___JKC___
DEPUTY CLERK

KAROLINE MEHALCHICK
U.S. CHIEF MAGISTRATE JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA : 
: No. 4:23-CR-159
v. :
:
JOSHUA TAYLOR, : (MEHALCHICK, C.M.J.)
Defendant. :

## ORDER FOR WARRANT

NOW, this 13th day of June 2023, upon request of the United States Attorney for the Middle District of Pennsylvania, it is hereby

ORDERED that a warrant be issued for the arrest of the above-named defendant, **JOSHUA TAYLOR**.

IT IS FURTHER ORDERED that at the time service of the warrant is made, the United States Marshal also serves upon the defendant a certified copy of the Indictment in the above-named case.

_____
KAROLINE MEHALCHICK
U.S. CHIEF MAGISTRATE JUDGE

FILED
SCRANTON

JUN 13 2023

PER ___JKC___
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | No. 4:23-CR-159 |
| v. | : | |
| KATRINA MACLEAN, | : | (MEHLACHICK, C.M.J.) |
| Defendant. | : | |

## ORDER FOR WARRANT

NOW, this 13th day of June 2023, upon request of the United States Attorney for the Middle District of Pennsylvania, it is hereby

ORDERED that a warrant be issued for the arrest of the above-named defendant, **KATRINA MACLEAN**.

IT IS FURTHER ORDERED that at the time service of the warrant is made, the United States Marshal also serves upon the defendant a certified copy of the Indictment in the above-named case.

FILED
SCRANTON
JUN 13 2023
PER JKC
DEPUTY CLERK

_____
KAROLINE MEHALCHICK
U.S. CHIEF MAGISTRATE JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | No. 4:23-CR-159 |
| v. | |
| CEDRIC LODGE, | (MEHALCHICK, C.M.J.) |
| Defendant. | |

## ORDER FOR WARRANT

NOW, this 13th day of June 2023, upon request of the United States Attorney for the Middle District of Pennsylvania, it is hereby

ORDERED that a warrant be issued for the arrest of the above-named defendant, **CEDRIC LODGE**.

IT IS FURTHER ORDERED that at the time service of the warrant is made, the United States Marshal also serves upon the defendant a certified copy of the Indictment in the above-named case.

FILED
SCRANTON

JUN 13 2023

PER ___JKC___
DEPUTY CLERK

_____
KAROLINE MEHALCHICK
U.S. CHIEF MAGISTRATE JUDGE