UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>Joshua Taylor,<br><br>Defendant | CRIMINAL NO. 4:23-CR-159-04<br><br>(BRANN, C.J.)<br>(MEHALCHICK, M.J.) |

### PLEA

**NOW,** this **14th** day of **June 2023,** the within named Defendant Joshua Taylor having been arraigned in open Court, hereby pleads **NOT GUILTY** to within Indictment.

_____
DEFENDANT