AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the
Middle District of Pennsylvania

| | |
|---|---|
| United States of America<br>v.<br><br>JOSHUA TAYLOR<br><br>_Defendant_ | ) <br>) Case No. 4:23-CR-159-MWB<br>)<br>)<br>)<br>) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
_(name of person to be arrested)_ JOSHUA TAYLOR,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy (18:371), et al

Date: 06/13/2023

s/ Nicole R. Reynolds
_Issuing officer's signature_

City and state: Williamsport, Pennsylvania

Peter J. Welsh, Clerk by N. Reynolds, deputy
_Printed name and title_

---

### Return

This warrant was received on _(date)_ 6/13/23, and the person was arrested on _(date)_ 6/14/23
at _(city and state)_ West Lawn, PA

Date: 6/14/23

RETURN
FILED
SCRANTON
JUN 14 2023
PER ƐP
DEPUTY CLERK

_Arresting officer's signature_

Alyssa Allinger, Special Agent
_Printed name and title_