# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

## NOTICE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO. 4:23-CR-00159-1 |
| | ) | |
| v. | ) | (BRANN, C.J.) |
| | ) | |
| CEDRIC LODGE, | ) | |
|     Defendant | ) | (ARBUCKLE, M.J.) |
| | ) | |

---

Type of Case:

( ) Civil     (**X**) Criminal

---

(xx) TAKE NOTICE that the proceeding in this case has been **SCHEDULED** for the place, date and time set forth below:

| | |
|---|---|
| U.S. Courthouse | COURTROOM No. 3 |
| Federal Building | 3rd Floor |
| 240 West Third Street | **June 27, 2023** |
| Williamsport, PA 17701 | Time: **1:30 p.m.** |
| | |
| TYPE OF PROCEEDING: | **Initial Appearance & Arraignment** |
| | *(Defendant will appear via video)* |

 

                   Peter J. Welsh, Clerk of Court
                   *s/Christine A. Williamson*
                   Christine A. Williamson, Deputy Clerk

DATED: June 15, 2023

To:     U.S. Attorney's Office – Sean A. Camoni
       Defendant – via defense counsel – Pat Casey
       U.S. Marshal
       Pretrial / Probation
       File