UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 4:23-CR-00159-1 |
| | (BRANN, C.J.) |
| v. | (ARBUCKLE, M.J.) |
| CEDRIC LODGE, Defendant | |

## PLEA

AND NOW, this 27th day of June 2023, the within named Defendant, hereby enters a plea of __Not Guilty__ to the within Indictment.

_____
(Defendant's Signature)

_____
(Defense Counsel)