UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO. 4:23-CR-00159-3 |
| | ) | |
| | ) | (BRANN, C.J.) |
| v. | ) | |
| | ) | (ARBUCKLE, M.J.) |
| DENISE LODGE, | ) | |
| Defendant | ) | |

## WAIVER OF RIGHTS AND CONSENT TO PROCEED VIA VIDEO CONFERENCE

I, Denise Lodge, the above-named Defendant, hereby voluntarily waive any and all rights I may have pursuant to the Confrontation Clause of the Sixth Amendment to the United States Constitution and Federal Rules of Criminal Procedure 5, 11, and 43 and consent to proceed by video conference in this Initial Appearance/Arraignment on Indictment.

Executed this 20 day of June 2023.

_____
Denise Lodge, Defendant

_____
Counsel for Defendant

Date: June 27, 2023

BY THE COURT

*s/William I. Arbuckle*
William I. Arbuckle
U.S. Magistrate Judge

Page 1 of 1