IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF PENNSYLVANIA

```
UNITED STATES OF AMERICA      :
                              :
        v.                    :
                              : No. 4:23-CR-159
KATRINA MACLEAN,              :
                              :
             Defendant.       : (Chief Judge Brann)
```

**REQUEST FOR PRE-TRIAL NOTICE PURSUANT TO FED. R. EVID. 404(B) OF ANY EVIDENCE WHICH THE GOVERNMENT INTENDS TO INTRODUCE AT TRIAL OF ANY OTHER CRIMES, WRONGS OR ACTS**

Defendant Katrina Maclean, by and through her undersigned counsel, respectfully requests from the Government pre-trial notice of any criminal activity and/or act of moral turpitude and/or other crimes, wrongs, or acts evidence allegedly committed by or otherwise attributable to any named defendant regardless of how the Government might use it, and intends to introduce at trial against him in accordance with the Federal Rules of Evidence 404(b).

Dated:   July 7, 2023

                              MIELE & RYMSZA, P.C.

                        By:   s/ Edward J. Rymsza
                              Edward J. Rymsza, Esq.
                              Pa I.D. No. 82911
                              Attorney for Defendant
                              125 East Third Street
                              Williamsport, PA  17701
                              (570) 322-2113
                              (570) 322-8813 (facsimile)
                              rymsza@comcast.net

**CERTIFICATE OF SERVICE**

    I, Edward J. Rymsza, Esq., hereby certify that on this 7th day of July 2023, I served the foregoing Request for Pre-trial Notice Pursuant to Rule 404(b) upon Sean Camoni, Esq. by electronic mail.

Dated:   July 7, 2023

                          MIELE & RYMSZA, P.C.

                  By:   s/ Edward J. Rymsza
                          Edward J. Rymsza, Esq.
                          Pa. I.D. No. 82911
                          Attorney for Defendant
                          125 East Third Street
                          Williamsport, PA  17701
                          (570) 322-2113
                          (570) 322-8813 (facsimile)
                          rymsza@comcast.net