IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | |
| : No. 4:23-CR-159 | |
| KATRINA MACLEAN, : | |
| : | |
| Defendant. : (Chief Judge Brann) | |

**REQUEST FOR PRE-TRIAL DISCLOSURE OF NOTICE OF INTENT
TO USE EVIDENCE PURSUANT TO FED. R. EVID. 609(B)**

Defendant Katrina Maclean, by and through her undersigned counsel, pursuant to Rule 609(b) of the Federal Rules of Evidence, requests from the Government pre-trial written disclosure of its intent to use any evidence which it will argue is admissible under the provisions of Rule 609(a)(1) and/or (2).

Dated: July 7, 2023

                                      MIELE & RYMSZA, P.C.

                                  By: <u>s/ Edward J. Rymsza</u>
                                          Edward J. Rymsza, Esq.
                                          Pa. I.D. No. 82911
                                          Attorney for Defendant
                                          125 East Third Street
                                          Williamsport, PA 17701
                                          (570) 322-2113
                                          (570) 322-8813 (facsimile)
                                          rymsza@comcast.net

**CERTIFICATE OF SERVICE**

I, Edward J. Rymsza, Esq., hereby certify that on this 7th day of July 2023, I served the foregoing Request for Pre-trial Disclosure Pursuant to Fed. R. Evid. 609(b) upon Sean Camoni, Esq. by electronic mail.

Dated: July 7, 2023

                              MIELE & RYMSZA, P.C.

                              By:  s/ Edward J. Rymsza
                                    Edward J. Rymsza, Esq.
                                    Pa. I.D. No. 82911
                                    Attorney for Defendant
                                    125 East Third Street
                                    Williamsport, PA  17701
                                    (570) 322-2113
                                    (570) 322-8813 (facsimile)
                                    rymsza@comcast.net