IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF PENNSYLVANIA

```
UNITED STATES OF AMERICA    :
                            :
        v.                  :
                            : No. 4:23-CR-159
KATRINA MACLEAN,            :
                            :
        Defendant.          : (Chief Judge Brann)
```

**REQUEST FOR DISCLOSURE OF EXPERT TESTIMONY**

Defendant Katrina Maclean, by and through her undersigned counsel, pursuant to Rule 702, 703, and 705 of the Federal Rules of Evidence, and Rule 16(a)(1)(g) of the Federal Rules of Criminal Procedure, requests from the Government any and all information, date, interview, etc. . . upon which any individual called to testify as an "expert" on behalf of the Government has relied in forming the opinions to which he or she will testify, including a written summary of any and all testimony in which the Government intends to use in its case-in-chief.

This written summary should include, but not be limited to, a description of the opinions of any purported experts, including law enforcement officers, the bases and reasons for such opinions, and the qualifications of any such experts.

Dated: July 7, 2023

                        MIELE & RYMSZA, P.C.

                  By: s/ Edward J. Rymsza
                      Edward J. Rymsza, Esq.
                      Pa. I.D. No. 82911
                      Attorney for Defendant
                      125 East Third Street
                      Williamsport, PA  17701
                      (570) 322-2113
                      (570) 322-8813 (facsimile)
                      rymsza@comcast.net

**CERTIFICATE OF SERVICE**

    I, Edward J. Rymsza, Esq., hereby certify that on this 7th day of July 2023, I served the foregoing Request for Expert Testimony upon Sean Camoni, Esq. by electronic mail.

Dated:    July 7, 2023

                      MIELE & RYMSZA, P.C.

                      By:   <u>s/ Edward J. Rymsza</u>
                              Edward J. Rymsza, Esq.
                              Pa. I.D. No. 82911
                              Attorney for Defendant
                              125 East Third Street
                              Williamsport, PA  17701
                              (570) 322-2113
                              (570) 322-8813 (facsimile)
                              rymsza@comcast.net