IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | 4:23-CR-159 |
| | : | |
| v. | : | (Chief Judge Brann) |
| | : | |
| JOSHUA TAYLOR | : | (Electronically Filed) |

**REQUEST FOR NOTICE UNDER FED. R. CRIM. P. 12(b)(4)(B)**

The Defendant, Joshua Taylor, by his attorney, Christopher Opiel, Esq., respectfully requests notice from the Government of their intention to use specified evidence at trial which is subject to possible suppression under Federal Rule of Criminal Procedure 12(b)(3)(C), including, but not limited to, statements of the Defendant and physical evidence seized, and requests notice of the Government's intention to use in its case-in-chief at trial any evidence that Defendant may be entitled to discover under Rule 16 of the Federal Rules of Criminal Procedure.

                              Respectfully submitted,

Date:  July 21, 2023              /s/ Christopher Opiel
                                        **Christopher Opiel, Esq.**
                                        **CJA Appointed Counsel**
                                        **Attorney ID# PA318776**
                                        Opiel Law
                                        88 North Franklin Street
                                        Wilkes-Barre, Pennsylvania 18701
                                        (570) 762-9992 (Office)
                                        (570) 417-1436 (Cell)
                                        (570) 825-6675 (Fax)
                                        Email: cropiel@opiellaw.com

# CERTIFICATE OF SERVICE

I, Christopher Opiel, CJA appointed counsel, do hereby certify that this document, the foregoing **Request for Notice Under Fed. R. Crim. P. 12(b)(4)(b)**, filed electronically through the ECF system will be sent to the registered Participants as identified on the Notice of Electronic Filing, including the following:

>Sean A. Camoni, Esquire
>*Assistant United States Attorney*

Date:  July 21, 2023                          /s/ Christopher Opiel
                                                      **Christopher Opiel, Esq.**