IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | 4:23-CR-159 |
| | : | |
| v. | : | (Chief Judge Brann) |
| | : | |
| JOSHUA TAYLOR | : | (Electronically Filed) |

## REQUEST FOR PRE-TRIAL DISCLOSURE OF HEARSAY STATEMENTS PURSUANT TO FED. R. EVID. 807

The Defendant, Joshua Taylor, by his attorney, Christopher Opiel, Esq., respectfully requests from the Government pre-trial disclosure of any and all possible hearsay statement(s) as a residual exception to the hearsay rule pursuant to Fed. R. Evid. 807 which the Government may seek to introduce at trial.

The disclosure should include the content of the hearsay statement(s), and the identity and address of the declarant.

                Respectfully submitted,

Date: July 21, 2023       /s/ Christopher Opiel
                **Christopher Opiel, Esq.**
                **CJA Appointed Counsel**
                **Attorney ID# PA318776**
                Opiel Law
                88 North Franklin Street
                Wilkes-Barre, Pennsylvania 18701
                (570) 762-9992 (Office)
                (570) 417-1436 (Cell)
                (570) 825-6675 (Fax)
                Email: cropiel@opiellaw.com

# CERTIFICATE OF SERVICE

I, Christopher Opiel, CJA appointed counsel, do hereby certify that this document, the foregoing **Request for Pre-trial Disclosure of Hearsay Statements Pursuant to Fed. R. Evid. 807** filed electronically through the ECF system will be sent to the registered Participants as identified on the Notice of Electronic Filing, including the following:

> Sean A. Camoni, Esquire
> *Assistant United States Attorney*

Date:  July 21, 2023  /s/ Christopher Opiel
**Christopher Opiel, Esq.**