# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | 4:23-CR-159 |
| | : | |
| v. | : | (Chief Judge Brann) |
| | : | |
| JOSHUA TAYLOR | : | (Electronically Filed) |

## ORDER

**AND NOW**, this 3rd day of August, 2023, upon consideration of Defendant's Unopposed Motion Seeking Judicial Approval for Defendant to Travel, **IT IS HEREBY ORDERED** that Defendant's Motion is **GRANTED**. The Defendant, Joshua Taylor, may travel to Massachusetts from September 3, 2023 through September 7, 2023 for the purpose of attending the Brimfield Antique Flea Market as detailed in Defendant's Motion.

BY THE COURT:

*s/ Matthew W. Brann*
_____
**Matthew W. Brann**
**Chief United States District Judge**