IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | No. 4:23-CR-00159-03 |
| v. | (Chief Judge Brann) |
| DENISE LODGE, | |
| Defendant. | |

### MOTION TO WITHDRAW PLEA

NOW, this 12th day of April 2024, the defendant in the above captioned case, in open court, moves the court to be permitted to withdraw her plea of NOT GUILTY and to enter a plea of GUILTY to Count Five of the Indictment, filed on June 13, 2023.

_____
Defendant

_____
Defense Counsel

### ORDER

NOW, this 12th day of April 2024, the motion is **GRANTED**.

_____
Matthew W. Brann
Chief United States District Judge

NOW, this 12th day of April 2024, the defendant, Denise Lodge, in open court enters her plea of ***GUILTY*** to Count Five of the Indictment.

_____
Defendant

_____
Defense Counsel