# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | 4:23-CR-00159-04 |
| | : | |
| v. | : | **(Chief Judge Brann)** |
| | : | |
| **JOSHUA TAYLOR** | : | **(Electronically Filed)** |

## ORDER

**AND NOW**, this 30th day of April 2024, upon consideration of Defendant's Unopposed Motion Seeking Judicial Approval for Defendant to Travel, **IT IS HEREBY ORDERED** that the motion is **GRANTED**. The Defendant, Joshua Taylor, may travel to Massachusetts from May 12, 2024 through May 16, 2024 for the purpose of attending the Brimfield Antique Flea Market.

BY THE COURT:

*s/ Matthew W. Brann*
_____
**Matthew W. Brann**
**Chief United States District Judge**