## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA      :
                               :

           v.                        :      No. 4:23-CR-159-03
                               :

DENISE LODGE,                 :

            Defendant.         :

### ORDER

**AND NOW,** this 7th day of May 2024, upon consideration of the defendant, Denise Lodge's Unopposed Motion to Amend Conditions of Pretrial Release, **IT IS HEREBY ORDERED** that the motion is **GRANTED**.   Paragraph 7(n) of the Order of June 28, 2023, (Doc.39) is hereby AMENDED to SUSPEND any and all drug testing requirements.

                  BY THE COURT:

                  *s/ Matthew W. Brann*
                  Matthew W. Brann
                  Chief United States District Judge