IN THE
UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF
PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES | : | |
| v. | : | Criminal No. 23-159 |
| DENISE LODGE | : | |

**ORDER**

AND NOW, this _____ day of June, 2024, upon the defendant, Denise Lodge's Unopposed Motion to Continue Date for Filing of Objections to Presentence Investigation Report, it is hereby ORDERED that the date for filing objections is extended to July 15, 2024.

BY THE COURT:

_____
HONORABLE CHIEF JUDGE MATTHEW W. BRANN