IN THE
UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF
PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES | : | |
| v. | : | Criminal No. 23-159 |
| DENISE LODGE | : | |

**ORDER**

**AND NOW**, this 27th day of June 2024, upon the defendant, Denise Lodge's Unopposed Motion to Continue Date for Filing of Objections to Presentence Investigation Report, **IT IS HEREBY ORDERED** that the date for filing objections is extended to July 15, 2024.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge