# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | **4:23-CR-0159-04** |
| | **:** | |
| **v.** | **:** | **(Chief Judge Brann)** |
| | **:** | |
| **JOSHUA TAYLOR** | **:** | **(Electronically Filed)** |

## ORDER

**AND NOW**, this 5th day of July 2024, upon consideration of Defendant's Unopposed Motion Seeking Judicial Approval for Defendant to Travel, **IT IS HEREBY ORDERED** that the motion is **DENIED**.

BY THE COURT:

_s/ Matthew W. Brann_

**Matthew W. Brann**
**Chief United States District Judge**