# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 4:23-CR-00159 |
| v. | (Chief Judge Brann) |
| CEDRIC LODGE, KATRINA MACLEAN, and JOSHUA TAYLOR, | |
| Defendants. | |

## ORDER

**AND NOW**, this 10th day of July 2024, **IT IS HEREBY ORDERED** that:

1. The Court will hold a telephonic status conference on **August 5, 2024, at 10:00 a.m.**

2. Counsel for Government shall initiate the call to Chambers at 570-323-9772. At the time the call is placed, all counsel shall be on the line and prepared to proceed.

3. The Court's preference is that counsel do not participate in telephonic conference calls by cellular phone or other mobile device.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge