IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | NO. 4:23-CR-159 |
| | : | |
| CEDRIC LODGE, | : | CHIEF JUDGE BRANN |
| KATRINA MACLEAN, and | : | |
| JOSHUA TAYLOR, | : | |
| | : | |
| Defendants. | : | |

**ORDER**

January 28, 2025

THE BACKGROUND OF THIS ORDER IS AS FOLLOWS:

The above defendants were charged in an Indictment with various counts including conspiracy to knowingly, intentionally, and willfully unlawfully transport, transmit, and transfer in interstate commerce stolen goods, wares and merchandise, of the value of $5,000 or more, knowing the same to have been stolen, converted, and taken by fraud in violation of 18 U.S.C. § 371; and to unlawfully transport, transmit, and transfer in interstate commerce stolen goods, wares and merchandise, of the value of $5,000 or more, knowing the same to have been stolen, converted, and taken by fraud in violation of 18 U.S.C. §§ 2314 and 2. (Doc. 1.)

A scheduling order was filed to the docket on June 30, 2023 which set forth case management instructions, guidelines, and the pretrial and trial schedule. (Doc.

43). Trial was initially scheduled to commence on August 7, 2023. *Id.* Jury selection and trial is currently scheduled to commence on April 7, 2025, with a February 3, 2025 deadline to file pretrial motions. (Doc. 104.)

The failure to grant a continuance would likely result in a miscarriage of justice. The ends of justice served by the granting of the continuance outweigh the best interest of the public and the Defendant in a speedy trial.

    WHEREFORE, IT IS ORDERED:

1. This case is continued to the May 2025 trial list.

2. Jury selection and trial scheduled to commence on April 7, 2025 is continued to May 5, 2025, at 9:30 a.m., the Herman T. Schneebeli Federal Bldg. & U.S. Courthouse, 240 West Third Street, Williamsport, Pennsylvania 18701.

3. The deadline for filing pretrial motions and briefs is extended until March 3, 2025. **No further extensions will be granted.**

4. The period of delay resulting from this continuance is excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and § 3161(h)(7)(B)(iv).

                              BY THE COURT:

                              *s/ Matthew W. Brann*
                              Matthew W. Brann
                              Chief United States District Judge