IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

**NOTICE**

| | |
|---|---|
| UNITED STATES OF AMERICA | No. 4:23-CR-00159-01 |
| v. | (Chief Judge Brann) |
| CEDRIC LODGE, | |
| Defendant. | |

---

Type of Case:
    ( ) Civil      (X) Criminal

---

(XX) TAKE NOTICE that a proceeding in this case has been **SCHEDULED** for the place, date and time set forth below:

| | |
|---|---|
| U.S. Courthouse | Courtroom #1 |
| Federal Building | Fourth Floor |
| 240 West Third Street | **May 21, 2025** |
| Williamsport, PA 17701 | at **11:00 a.m.** |

TYPE OF PROCEEDING: **Change of Plea**

                                        PETER J. WELSH, CLERK

                                        *s/ Janel R. Rhinehart, Deputy Clerk*
                                        Janel R. Rhinehart, Deputy Clerk

Dated: May 12, 2025

TO:   Sean A. Camoni, AUSA
        Alisan V. Martin, AUSA
        Patrick A. Casey, Esquire
        U.S. Marshal
        U.S. Probation