# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | NO. 4:23-CR-159-01 |
| | : | |
| CEDRIC LODGE, | : | CHIEF JUDGE BRANN |
| | : | |
| Defendant. | : | |

## ORDER

**AND NOW**, this 2nd day of September 2025, upon consideration of Defendant Cedric Lodge's Motion for Extension of Time to File Objections to the Presentence Investigation Report, **IT IS HEREBY ORDERED** that the motion is **GRANTED**. Defendant's deadline to file Objections to the Presentence Investigation Report is **EXTENDED** until September 26, 2025.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge