IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | NO. 4:23-CR-159-01 |
| | : | |
| CEDRIC LODGE, | : | CHIEF JUDGE BRANN |
| | : | |
| Defendant. | : | |
| | : | |

**DEFENDANT CEDRIC LODGE'S MOTION TO
MOTION TO ASSERT BREACH OF PLEA AGREEMENT**

Defendant Cedric Lodge, by and through his undersigned counsel, hereby moves to assert that the Government is in violation of the April 16, 2025 Plea Agreement (ECF 123) by recommending that the Court vary upward from the Guidelines range to impose a sentence of imprisonment of 120 months which is the statutory maximum penalty.

The Defendant moves the Court to declare the Government is in breach of the Plea Agreement and order the relief required by law.

In support of this Motion, Mr. Lodge relies on his supporting memorandum of law which is being filed simultaneously herewith.

        Respectfully submitted,

        /s/ Patrick A. Casey
        Patrick A. Casey

        *Attorney for Defendant, Cedric Lodge*

Myers, Brier & Kelly, LLP
425 Biden Street, Suite 200
Scranton, PA  18503
(570) 342-6100

Date: December 11, 2025

## **CERTIFICATE OF NONCONCURRENCE**

I, Patrick A. Casey, hereby certify that I have sought the concurrence of counsel for the United States, Assistant U.S. Attorney Alisan V. Martin in the Motion. Ms. Martin does not concur in the Motion.

/s/ Patrick A. Casey
Patrick A. Casey

Date: December 11, 2025

## **CERTIFICATE OF SERVICE**

I, Patrick A. Casey, hereby certify that a true and correct copy of the foregoing Motion to Assert Breach of Plea Agreement was served upon the following counsel of record via the Court's ECF system on this 11th day of December 2025:

>Alisan V. Martin, Esquire
>U.S. Attorney's Office
>Suite 311
>235 North Washington Avenue
>Scranton, PA 18503

>/s/ Patrick A. Casey
>Patrick A. Casey