# EXHIBIT "A"

I met Denise and Cedric through a mutual friend, ten years ago this month, during one of the most tumultuous times of my life. I had given my notice both at work and at my apartment in anticipation of a move cross country. Instead, a month later, I was going through a pretty bad divorce.

Over the course of the next year, Denise and Cedric were some of the only reasons I made it through. There was one day, a month or so into knowing them, I walked into their yard and saw Cedric and just burst out crying because I was so emotionally burnt out. He walked up to me and gave me the biggest hug I had ever had. It was the first time someone hugged me where I could feel they actually cared that I was in a bad place. He just stood there and held me until I was OK. I do not think he ever really understood how important that one hug was and how much it helped me. I knew in that moment they were people I would have in my life forever.

They did not only help me emotionally, but financially. Without them, I would have been homeless. It got to a point where I owed them close to $4,000 and they were so unbelievably patient with me. They even went as far as to buy a more affordable car so they could wait for me to be able to pay them back. Which, thankfully, I was finally able to do. Over the years, I have seen how important they have become to so many. The list of the people they have helped like this seems endless to me.

Their daughter, Desha, though now in her 40's, has a disability where she will not progress mentally past the age of around 15. Denise has spent her entire life trying to teach her how to do the simplest of things. How to keep her house clean, how to pay her bills, how to manage her money. Desha once spent days crying because the man who drove the city bus she took every day passed away. She gets very emotional, very quickly and Denise is the only thing that seems to calm her down. She depends on her mother and her mother is always there for her. The love you see come from this woman for her mother can just not be explained.

Cedric spent years being a liaison for an old deaf man with cancer without close family nearby until he could get state aid for him. He would bring him to vet appointments for his dog, doctors appointments, appointments with financial assistance, helped him move, would drive him back and forth to his storage or a store.

Several years back, in a Facebook group for a band, Denise saw a post from this woman she had become friendly with. Her landlord, who was also her boss, had let her go from work and also told her to vacate. This woman has a very similar disability, although less severe, to her daughter. Denise and Cedric made a decision to invite her to stay with them until she could get her life back together. She came here with her three dogs, and they let her stay for an entire year. And now she has a steady job and a nice apartment. And this is not the 1st instance of them doing something like this. They have done it SEVERAL times. Taking people in with nowhere to go. There are people that owe them their lives.

Last year, we almost lost the friend who introduced us due to covid related illness. He was in a coma, and they still went there almost every day to sit by his bedside. They went to his house to be with his mother, who had also recently lost her husband and a daughter. They brought her to the hospital to see him. They just made sure she was OK during the whole thing.

The list of things like this is endless. And all of this they have done, and still do, though Denise has metastasised cancer with meds that can sometimes incapacitate her, and Cedric has had multiple strokes and joint issues that sometimes make it difficult to even move sometimes. This is just what I see, and I know, But I would bet my life that EVERY other person you would speak to would also have similar stories of others. I have literally never met a personal who did not love them. I have also never met a person who disliked them. The long story short of this is, these are wonderful people. They are important to the people around them. They are important to me. And I am proud to call them chosen family.

John C. Disario, Jr

59 Merrimack Street

Penacook, NH  03303

603-854-2179