# EXHIBIT "B"

To the honorable
Chief Judge Matthew Brann
U.S. District Courthouse
240 West Third Street; Fourth Floor


My name is Benjamin Davis Hiscock
66 South Elm Street
Manchester NH 03103

Regarding my family like friendship with Denise(Dee) Lodge and Cedric (Ced) Lodge. I have known them for roughly 19 years. During this time they have proven time and time again to be like the family I have loved and needed. The type of reliable, loving, and kind hearted people society needs.

At the beginning of 2021 I unfortunately fell victim to the covid pandemic as many unfortunately did. It almost cost me my life and in some ways it has. It did cost me a month in a coma hooked up to life support with a tracheostomy and about 3 and a half months in the hospital. During this time Denise and Cedric were at my bedside every single day ! Many of those days they even assisted with my care like things as intimate as sponge bathing and grooming because as I'm sure you remember, medical staff was stretched extremely thin at that time. During this 3+ month stretch, on top of caring for me, they would leave the hospital and head directly to my house to help my elderly mother and developmentally disabled sister who normally leaned on me for their daily needs and also counted on me for the administrative end of maintaining a household which Denise and Cedric stepped in on that front as well.

Denise and Cedric continue to this day showing their love and support by being there for me in every aspect of life as unfortunately I've been left in bad medical shape due to long covid, post hospitalization issues and End Stage Renal Disease brought on by covid which sees me hospitalized regularly. Through all of this they are always there to guide me to and from social engagement and necessary tasks that contribute to my life in general..

They have been there for me through thick and thin. Through the death of my father 5 years ago, through many family illnesses, through the death of my sister 4 years ago and most recently through the sad suicide death of my nephew this past January, THEY ARE ALWAYS THERE!!
I could honestly go on forever about how much they've done for me and how much they mean to so many people but I truly fear my words could never truly express not only my love for them but their positive impact on everyone they encounter and society itself.

Please your Honor, I'm actually begging of you, please see their mistake as just that. A mistake committed by very good people of a loving, genuine disposition and unquestionable character.

I understand you have a very tough job and decision to make but I'm hoping you look deep into their hearts and see that these are two people that ultimately benefit society and man kind.

Thank you for your time your Honor.
Be well and God bless


Benjamin Hiscock
(603) 998-3164