# EXHIBIT "C"

Steven B. Pomeroy

27 Shaw Street, Apt. 5

Lebanon, NH 03766

pomeroysb@gmail.com


November 27, 2025


Chief Judge Matthew Brann

U.S. District Courthouse

240 West Third Street; Fourth Floor

Williamsport, PA 17701


Dear Chief Judge,

I write to you as a personal friend of Mr. Cedric Lodge of Manchester, NH, whom I have known for approximately 20 years, when we were introduced by mutual friends.

In the time I have known Cedric, he has proven to be a loyal, trustworthy friend as well as a warm, supportive, and generous person.  When I was stranded in California, he and his wife opened their home to me so that I could move back to New Hampshire and have a roof over my head.

Cedric will not only take a distressed phone call in the wee hours if your car breaks down, he will drive to wherever you are, he will make sure you have a tow truck arranged, and he will drive you home.  When I had to relocate from Manchester to Lebanon several years ago, Cedric and his wife volunteered to follow in my vehicle, so I only had to concentrate on driving the U-Haul.  Neither he nor his wife have ever asked for remuneration of any sort whenever they have extended their intrinsic generosity – and they have always extended it frequently, lovingly, and freely.

I did not know Cedric at the time he married his wife. However, I find it remarkable that he accepted, loved, and raised his wife's special needs daughter as his own child.  This young lady still refers to him as "Dad."  In fact, for the first year of our friendship, I did not know that she is not Cedric's biological child. As stated, he loves and regards her as his own.

The same was true of his father-in-law, with whom he interacted more as an old friend until the gentleman passed away. Cedric and his wife did not hesitate to house her father when his health began to fail, surrendering their ground-floor master bedroom so that he would not have to deal with stairs.

In closing, I hope that my experience with Cedric Lodge – his heart, his generosity, his strength, his devotion to his loved ones – gives the court some insight into what a genuinely good human being he really is. On this national day of giving thanks, I am extremely thankful that this man and his wife are present in my life.

Kind regards,

Steven B. Pomeroy

/sbp