# EXHIBIT "D"

December 8, 2025



Chief Judge Matthew Brann
U.S. District Courthouse
240 West Third Street, Fourth Floor
Williamsport, Pennsylvania

Dear Chief Judge,

It is with great pleasure that I write this letter in support of my Nephew Cedric Lodge, age 58 and a resident in the State of New Hampshire.

Cedric is the 2nd oldest Nephew born into this family. He was raised in single parent (Mother) household until his adolescent years. He also received the help from his loving extended family.

This letter is written with ease, as there are countless memories of the Love, sacrifices and contributions Cedric gave to his family. He was a good child growing up and my recollection does not recall Cedric getting into any trouble or doing anything wrong as a child, an adolescent and even in his adult life until the current pending matters.

Cedric always went to school, did his homework and participated in community and after school programs which were instrumental in Cedric growing up in the city of Boston without acquiring any criminal involvement.

This Nephew was seen as a leader amongst the close Cousins (male + female) while growing up. Cedric was always active in some program that occupied his time and kept him away from Negativity and allowed him to pursue things that mattered in life. For instance, high school graduate (Lynnfield Public schools) gave back to community, married and maintained stable employment.

Cedric has a very genuine concern for his Mom, as they both experienced medical issue (stroke) and continues to deal with ongoing issues and address such. He cannot always be there for Mom and often times struggle to deal with own medical issues.

Cedric was also willing and available to lend a helping hand to everyone in the family that needed it. He made himself available if someone in family was moving to another residence, provide transportation for family member(s) to do errands and unexpected visits to just show love to family members.

One thing that really impressed me with Cedric is that as he matured and got older, the family's next generation was also getting older (mostly males). Cedric gave back some of those experiences he had received in the community. He would spend positive time them (next generation) by going out to eat, providing karate lessons and going to the movies. I feel these positive times helped to keep that generation on the right track.

Another matter that impressed me with Cedric is the fact that his step-daughter Desha loves and respects him as Dad. Once Cedric married her Mom and she witnessed their wonderful relationship, Desha changed her last name to Lodge and was very proud to do so.

Importantly as I close it must be mentioned that there was nothing that Cedric would not do for his grand parents (my parents) up until their final days. I recall my father always saying to me "Cedric came by today." Cedric would bring him food, paid a bill or just put money in his pocket. That always put a smile on my face to learn about the things Cedric continuously did for his grand-parents.

4.

    Cedric may not be an ICON or a Pillar of the Community but know that he does have some positive qualities that include but not limited to: Honest, Respectful, Strong, love, Responsible, and Cooperative.

                                          Respectfully yours,

                                          *Kathy Tate*
                                        Kathy L. Tate