Hope C. Lefeber, Esquire
I.D. No. 31102
Hope C. Lefeber, LLC
Two Penn Center
1500 JFK Boulevard; Suite 1205
Philadelphia, PA   19102
(610) 668-7927                                                                      Attorney for Defendant

_____

## IN THE
## UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF
## PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | Criminal No. 23-159 |
| DENISE LODGE | : | |

## **MOTION TO WITHDRAW**

The undersigned respectfully moves this Honorable Court for leave to withdraw as counsel of record for Defendant, Denise Lodge, and in support thereof states as follows:

1. Counsel was retained by Defendant for representation in proceedings before the United States District Court only.

2. The Defendant was sentenced on December 16, 2025.

3. Counsel's representation has therefore concluded, and no further District Court proceedings are anticipated.

4. Withdrawal at this stage will not prejudice Defendant, delay the proceedings, or otherwise adversely affect the administration of justice.

5. Defendant has been advised that counsel's representation has concluded and that any further legal representation, including appellate representation, must be obtained separately.

WHEREFORE, Counsel respectfully requests that this Honorable Court grant this Motion to Withdraw as Counsel for Defendant, Denise Lodge.

Date:  December 17, 2025                                     _____
                                                                                   HOPE C. LEFEBER

**CERTIFICATE OF SERVICE**

I certify that a copy of the attached Motion to Withdraw was served upon the following counsel of record, by electronic filing, on December 17, 2025:

>Alisan V. Martin, AUSA
>Williamsport, PA

/s/

_____
HOPE C. LEFEBER