IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | No. 4:23-CR-159-03 |
| | : | |
| DENISE LODGE | : | |
| | : | |
| Defendant. | : | |

## ORDER

**AND NOW**, this 29th day of December 2025, upon consideration of the Motion to Withdraw as Counsel by Hope C. Lefeber, **IT IS HEREBY ORDERED** that the motion is **GRANTED**. Ms. Lefeber's Appearance shall be WITHDRAWN as defense counsel for the Defendant, Denise Lodge, in the above-captioned matter.

BY THE COURT:

*s/ Matthew W. Brann*
_____
Matthew W. Brann
Chief United States District Judge