

IN THE
UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA      :

v.                            :          Criminal No.
23-159

DENISE LODGE                  :


## PRO SE MOTION FOR APPOINTMENT OF COUNSEL

Denise Lodge, proceeding pro se, respectfully moves this Honorable Court for appointment of Counsel for representation on direct appeal pursuant to the Criminal Justice Act, 18 U.S.C. §3006A and states as follows:

1. Judgment was entered on December 16, 2025.

2. The defendant intends to file a Notice of Appeal within the time permitted by law, seeking review of the Judgment, by the United States Court of Appeals for the Third Circuit.

3. I am unable to afford private appellate counsel.

4. I have completed a CJA Form 23 demonstrating financial eligibility for appointed counsel.

5. Appointment of counsel is necessary to ensure the Defendant's constitutional right to effective assistance of counsel on appeal and the orderly presentation of appellate issues.

WHEREFORE, the Defendant respectfully requests that counsel be appointed pursuant to the Criminal Justice Act to represent Defendant on direct appeal and grant such other relief as the Court deems just and proper.

Respectfully,

*Denise Lodge*

Denise Lodge
45 Orchard Street
Manchester, NH  03102

Dated:  December 24, 2025

Certificate of Service
---

On December 24, 2025, I mailed a true and correct copy of this Pro Se Motion by United States first class mail, postage prepaid to:

    Alisan Martin, AUSA

    United States Attorney's Office

    240 West Third Street

    Williamsport, PA   17701

*[signature]*

Denise Lodge