IN THE
UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES :

v. : Criminal No.
23-159

DENISE LODGE :

ORDER

AND NOW, this        day of December, 2025, upon the Defendant, Denise Lodge's Pro Se Motion for Appointment of Counsel, it is hereby ORDERED that the Motion is GRANTED and Ms. Lefeber's Appearance shall be WITHDRAWN as defense counsel for the Defendant, Denise Lodge, in the above-captioned matter.

BY THE COURT:

_____
HONORABLE CHIEF JUDGE MATTHEW W. BRANN